**Order entered October 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01387-CV

### IN THE INTEREST OF E.A.E., A Child

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-30016-2009**

## ORDER

By letter dated October 15, 2013 the Collin County District Clerk notified the Court that the clerk's record in this case had not been filed because payment had not yet been received. Our records show that appellant, who is pro se and incarcerated, filed a notice of appeal stating that he is indigent. Accordingly, we **ORDER** the Collin County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 20.1(a)(3).

Further, the reporter's record is overdue.

This is a parental termination case. Thus, it is the responsibility of the court reporter to prepare, certify, and timely file the reporter's record, if any, and the trial court must direct the court reporter to immediately commence the preparation of any reporter's record. The trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1).

Therefore, we **ORDER** Niki Garcia, Official Court Reporter for the 366th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that no hearings were recorded.


/s/    ADA BROWN
          JUSTICE